IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TOBY THORNTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERSTATE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:23-CV-00032<br><br><br>**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES** |

Defendant American Interstate Insurance Company, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37 submits this Motion to Compel Discovery Responses, and states as follows:

1.      Toby Thornton has received various discovery requests throughout the pendency of this litigation. On several occasions, the undersigned counsel has talked to counsel for Mr. Thornton about various deficiencies in Mr. Thornton's responses. Those deficiencies include the failure to properly and fully answer interrogatories, the failure to search documents (including emails and text messages), and the failure to provide a proper privilege log if Thornton intended to withhold documents on the basis of privilege.

2.      The undersigned has had several conversations with Plaintiff's counsel about these deficiencies, including a lengthy meet-and-confer conference on April 18, 2025. The undersigned had hoped many of the issues would be worked out through other depositions, but they have not been resolved, and no appropriate supplements have arrived.

3.      Thornton has now refused to provide additional materials or provide more fulsome discovery responses. And, after claiming for several months that no privilege log is necessary, has taken the position a very bare-bones "log" is appropriate. The log that he provided, however,

contains no reference to any emails, despite other discovery documents (i.e., an invoice from his law firm) indicating Thornton and counsel communicated several times over email.

4.      At his deposition, Thornton also explained he has not searched his email or provided a fulsome search of text messages.

5.      Similarly, at his deposition, Thornton's counsel frequently objected to privilege and told Thornton not to answer, including questions about underlying facts, such as how Thornton communicates with his counsel.

6.      At this juncture, American Interstate sees no alternative but to file this Motion to Compel. For the reasons set forth herein and within a contemporaneously filed declaration in support and brief in support of this motion, American Interstate requests that Thornton be required to fully answer various interrogatories, provide additional documents, and pay American Interstate's fees for the need to bring this motion, as well as for any other relief this Court deems appropriate.

Respectfully submitted,

BELIN McCORMICK, P.C.

 /s/ Matthew D. Callanan
Matthew D. Callanan
Michael S. Boal
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 243-7100
Facsimile:  (515) 558-0639
mdcallanan@belinmccormick.com
msboal@belinmccormick.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify on May 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Tiernan T. Siems
Erickson Sederstrom, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
tsiem@eslaw.com
cc: sscho@eslaw.com
ATTORNEYS FOR PLAINTIFF

Signature:    */s/ Stephanie Anderson*

A0811\0004\(4616440

3