# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

TOBY THORNTON,

                                                **CIVIL NO.: 1:23-cv-00032-RGE-WPK**

       Plaintiff,

v.                                              **JUDGMENT IN A CIVIL CASE**

AMERICAN INTERSTATE INSURANCE
COMPANY,

       Defendant,

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Granting Defendant's Motion for Summary Judgment [138], the case is dismissed. Judgment is entered in favor of the Defendant and against the Plaintiff.

Date: October 2, 2025

                                                    CLERK, U.S. DISTRICT COURT

                                                    /s/ Kandy Sands

                                                    By: Deputy Clerk