# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-3197
_____

Toby Thornton

Plaintiff - Appellant

v.

American Interstate Insurance Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Western
(1:23-cv-00032-RGE)

_____

**JUDGMENT**

The appellant has filed a stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 03, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Susan E. Bindler